IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADVOCARE INTERNATIONAL, LLC,<br><br>Petitioner,<br><br>vs.<br><br>JON NOVAK and JENNIFER NOVAK,<br><br>Respondents. | **8:22CV171**<br><br>**ORDER** |

This matter is before the Court on Petitioner's Final Application for Writ of Execution Against Jon and Jennifer Novak, Filing No. 3. As there has been no showing that post-judgment interest was ordered by the district court judge nor was it apparently mentioned in the arbitration order, absent any documentation and legal authority to support such a request, the Court will deny the request for post-judgment interest.

THEREFORE, IT IS ORDERED

1. The Petitioner's Final Application for Writ of Execution, Filing No. 3, is granted as to the amount of judgment, $198,675.50, but denied post-judgment interest.

2. The Clerk of the Court is directed to issue a writ of execution against Jon and Jennifer Novak for the judgment in the amount of $198,675.50.

Dated this 30th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge